UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC  NY
DOCU
ELEC        ALLY FILED
DOC #
DATE FILED   4/14/08
```

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

        Plaintiff,

- against -

AMERICAN INTERNATIONAL GROUP, INC.,

        Defendant.

06 Civ. 1000 (LAP)

---

### ORDER APPROVING DISTRIBUTION PLAN

THIS CAUSE came before this Court on the Distribution Agent's Motion to Approve the Distribution Plan. The Court has reviewed the Motion, the proposed Distribution Plan, the Proof of Claim Form and the record. Upon due consideration and for good cause shown, it is hereby:

ORDERED and ADJUDGED that the motion is **GRANTED**.

(a) The proposed Distribution Plan filed with this Court on March 20, 2008, is hereby approved.

(b) The Distribution Agent is authorized to take all necessary action in accordance with the approved Distribution Plan.

DONE and ORDERED in New York, New York on this 14th day of April, 2008.

*Loretta A. Preska*
Honorable Loretta A. Preska
UNITED STATES DISTRICT COURT JUDGE

Conformed Copies to:

*All counsel and attorneys on the attached Service List*