UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/09
```

SECURITIES AND EXCHANGE COMMISSION,          :
                                             :
                    Plaintiff,               :
                                             :       06 Civ. 1000 (LAP)
          -against-                          :       ECF CASE
                                             :
AMERICAN INTERNATIONAL GROUP, INC.,          :
                                             :
                    Defendant.               :
                                             :

### ORDER TO DISBURSE FUNDS TO PAY
### FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to

Disburse Funds to Pay Fees and Expenses of the Tax Administrator and the supporting

Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1.      The Clerk of the Court shall issue a check drawn on Court Registry Investment

System ("CRIS") account number 06 Civ. 1000, in the amount of $4,374.88 under the case name

designation "SEC v. American International Group, Inc.," and made payable to "Damasco &

Associates LLP." The check itself must also contain the following notation: "SEC v. American

International Group, Inc., Preparation and Filing of 2008 U.S. Qualified Settlement Fund Tax

Returns, Invoice No. 20628."

2.    The Clerk shall send the check by overnight mail to:

Damasco & Associates LLP
Attention:  Jude P. Damasco
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight

shipping information and the Commission's billing number.

Dated: *March 27 2009*

_____
UNITED STATES DISTRICT JUDGE