UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/09
```

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

  - against -

AMERICAN INTERNATIONAL GROUP, INC.,

                Defendant.

06 Civ. 1000 (LAP)
ECF CASE

### ORDER INSTRUCTING THE CLERK OF THE COURT TO DISBURSE FUNDS TO PAY FEES AND DISBURSEMENTS OF THE DISTRIBUTION AGENT

The Court, having reviewed the Distribution Agent's Motion to Direct the Clerk of the Court to Disburse Funds to Pay Fees and Disbursements, and for good cause shown,

IT IS HEREBY ORDERED:

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS"), Account No. 06 Civ. 1000, under the case name designation "*SEC v. American International Group, Inc.*" in the amount of $1,821,711.95 made payable to "Feinberg Rozen, LLP," for the payment of fees and expenses incurred by the Distribution Agent during the period March 1, 2009 through May 31, 2009 as provided in the Motion for Funds to Pay Fees and Disbursements of Kenneth R. Feinberg.

2. The Clerk shall send such check by overnight delivery service to:

    Feinberg Rozen, LLP
    The Willard Office Building
    1455 Pennsylvania Avenue, N.W.
    Suite 390
    Washington, D.C.  20004-1008

10

-2-

The Distribution Agent shall provide the Clerk of the Court with the necessary overnight delivery service information and the Distribution Agent's billing number.

Dated: July 7, 2009

*[signature]*
UNITED STATES DISTRICT JUDGE

11