UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



———————————————————————
SECURITIES AND EXCHANGE COMMISSION,  :
                                    :
                Plaintiff,          :
                                    :    06 Civ. 1000 (LAP)
        - against -                 :    ECF CASE
                                    :
AMERICAN INTERNATIONAL GROUP, INC., :
                                    :
                Defendant.          :
———————————————————————  :

### ORDER INSTRUCTING THE CLERK OF THE COURT
### TO DISBURSE FUNDS TO PAY FEES AND DISBURSEMENTS
### OF THE DISTRIBUTION AGENT

The Court, having reviewed the Distribution Agent's Motion to Direct the Clerk of the Court to Disburse Funds to Pay Disbursements, and for good cause shown,

IT IS HEREBY ORDERED:

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS"), Account No. 06 Civ. 1000, under the case name designation "*SEC v. American International Group, Inc.*" in the amount of $136,774.84 made payable to "Feinberg Rozen, LLP," for the payment of expenses incurred by the Distribution Agent during the period June 1, 2009 through July 31, 2009 as provided in the Motion for Funds to Pay Fees and Disbursements of Kenneth R. Feinberg.

2. The Clerk shall send such check by overnight delivery service to:

    Feinberg Rozen, LLP
    The Willard Office Building
    1455 Pennsylvania Avenue, N.W.
    Suite 390
    Washington, D.C.  20004-1008

8

-2-

The Distribution Agent shall provide the Clerk of the Court with the necessary overnight delivery service information and the Distribution Agent's billing number.

Dated: September 3, 2009

_____
UNITED STATES DISTRICT JUDGE

9