*Please Return To Cashiers PRESICA*
*Nate: Ant Bearing Fund.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

   -against-

AMERICAN INTERNATIONAL GROUP, INC.,

           Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/10

06 Civ. 1000 (LAP)
ECF CASE

### ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of the Tax Administrator and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check drawn on Court Registry Investment System ("CRIS") account number 06 Civ. 1000, in the amount of $1,271.88 under the case name designation "<u>SEC v. American International Group, Inc.</u>," and made payable to "Damasco & Associates LLP." The check itself must also contain the following notation: "<u>SEC v. American International Group, Inc.</u>, Filing and payment of 2009 federal tax obligations and related tax compliance services, Invoice No. 23065."

2. The Clerk shall send the check by overnight mail to:

    Damasco & Associates LLP
    Attention: Jude P. Damasco
    700 Monte Vista Lane
    Half Moon Bay, CA 94019
    Phone: 650-726-4100



RECEIVED
FEB 18 2010
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S. D. N. Y.

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the Commission's billing number.

Dated: February 19, 2010

_____
UNITED STATES DISTRICT JUDGE

2